1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  DERRICK T. MARTIN,                )    NO. CV 10-3853-R(E)
                                      )
12            Petitioner,              )
                                      )
13       v.                            )    JUDGMENT
                                      )
14  G. SANDOR, Warden,                )
                                      )
15            Respondent.              )
    _____)
16
17
18       Pursuant to the "Order of Dismissal,"
19
20       IT IS ADJUDGED that the Petition is denied and dismissed
21  without prejudice.
22
23       DATED: May 27, 2010.
24
25
26                      _____
                                  MANUEL L. REAL
27                         UNITED STATES DISTRICT JUDGE
28